No. 95–9212.  HAWKINS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 95–9213.  DAWSON *v.* DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 95–9214.  COTTEN *v.* GENERAL MOTORS FISHER-BODY DIVISION ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 95–9215.  BROWN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–9217.  WRIGHT *v.* OHIO ADULT PAROLE AUTHORITY.  Sup. Ct. Ohio.  Certiorari denied.

No. 95–9218.  WHITING *v.* UTAH.  Ct. App. Utah.  Certiorari denied.

No. 95–9219.  WALKER *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 95–9220.  DIVETTA *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 95–9223.  IRWIN *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–9224.  JAMES *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 95–9225.  GEOGHEGAN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 95–9226.  GRAHAM *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 95–9227.  EBENHART *v.* COHEN ET AL.  Sup. Ct. Vt.  Certiorari denied.

No. 95–9228.  BOWMAN *v.* BOWLING.  C. A. 6th Cir.  Certiorari denied.

No. 95–9229.  BREWER *v.* PUCKETT, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 5th Cir. Certiorari denied.